## Williams *ads.* Bates.

*P*ROCEEDINGS under the Act of the 13th Feb. 1789, for the Relief of Debtors with Refpect to the Imprifonment of their Perfons.

The Notice of the Petition had been ferved on the *Attorney* in the Suit, the Plaintiff, the *Creditor*, refiding *out of the State.* The Service held fufficient. B.